# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700137

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JAMES A. BANASKIEWICZ
Cryptological Technician (Technical) Second Class (E-5), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast, Naval Air
Station, Jacksonville, FL.
Staff Judge Advocate's Recommendation: Lieutenant Commander
George W. Lucier, JAGC, USN.
For Appellant: Captain Daniel R. Douglass, USMC.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 29 August 2017

———————————————

Before MARKS, JONES, and RUSSELL, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court